# United States District Court

__SOUTHERN__ DISTRICT OF __MISSISSIPPI__

__WESTERN DIVISION__

UNITED STATES OF AMERICA

v.

CASIMIRO CARRANZA-MARTINEZ

CRIMINAL COMPLAINT

CASE NUMBER: 3:07mj139-LRA

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __July 22, 2007__ in __Warren__ County, in the __SOUTHERN__ District of __MISSISSIPPI__ Defendant(s), was found to be an alien within the United States having been previously convicted as an aggravated felon and subsequently deported from the United States and having reentered without obtaining the permission of the Attorney General of the United States

in violation of Title __8__ United States Code, Section (s) __1326(a)(2) & (b)(2)__

I further state that I am a(n) __Special Agent with Immigration and Customs Enforcement__ and that this complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT**

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_Signature of Complainant_

Sworn to before me and subscribed in my presence,

7/27/07
Date

at Jackson, Mississippi
City and State

The Honorable Linda R. Anderson
United States Magistrate Judge
Name and Title of Judicial Officer

_Signature of Judicial Officer_

AFFIDAVIT

I, Malcolm C. McMillin, being duly sworn, hereby depose and state that:

I am Special Agent with Immigration & Customs Enforcement (ICE), having been appointed as a Special Agent with The United States Customs Service, in March of 2003. I have been employed in this capacity for over four (4) years. Prior to this appointment, I served nearly six (6) years as a Special Agent, Criminal Investigator with the United States Secret Service, and over five (5) years as an Agent with the State of Mississippi Department of Public Safety, Mississippi Bureau of Narcotics.

I am currently assigned to ICE Office of Investigations, Resident Agent in Charge, Jackson, Mississippi (ICE Jackson). I am statutorily empowered to investigate violations of criminal law relating to unlawful entry, employment, and physical presence in the United States, specifically the Immigration and Nationality Act and Title 8 of the Code of Federal Regulations. I am further authorized to conduct investigations and inquiries with the purpose of determining alienage and removeablity as it relates to the Immigration and Nationality Act and related statutes and persons unlawfully in the United States.

On July 22, 2007, Casimiro CARRANZA-MARTINEZ, a citizen and national of Mexico, was arrested by the Vicksburg, Mississippi, Police Department ("VPD") for public intoxication. VPD notified ICE Jackson of CARRANZA-MARTINEZ's July 22, 2007, arrest when records checks revealed that CARRANZA-MARTINEZ had been arrested previously by VPD and turned over to ICE Jackson for deportation proceedings.

Your affiant conducted database inquiries regarding CARRANZA-MARTINEZ's immigration status and prior criminal history information. These inquiries revealed that CARRANZA-MARTINEZ's prior order of deportation was reinstated on April 9, 2007, and CARRANZA-MARTINEZ was in fact deported on May 1, 2007, after being located in the United States and having been previously deported as an aggravated felon.

On November 19, 2005, CARRANZA-MARTINEZ was arrested by VPD and charged with Residential Burglary (Mississippi Statute: 97-17-23) and Grand Larceny (Mississippi Statute: 97-17-41).

On May 12, 2006, CARRANZA-MARTINEZ entered a guilty plea before Circuit Judge Isadore Patrick, Ninth Judicial District, and was convicted of the lesser charge of Receiving Stolen Property (Mississippi Statute 97-17-70).

CARRANZA-MARTINEZ was sentenced to five (5) years in the custody of the Mississippi Department of Corrections (150 days to serve with the balance suspended for five years). CARRANZA-MARTINEZ was housed in the Warren County Detention Center awaiting transfer to Immigration and Customs Enforcement for deportation.

CARRANZA-MARTINEZ was ordered deported on June 15, 2006 based on the above felony conviction, and was in fact deported to Mexico on June 27, 2006.

Criminal History records also indicate that CARRANZA-MARTINEZ was convicted in Dalton, Whitfield County, Georgia in January 2001 for a September 2000 arrest for Driving under the

Influence of Alcohol. He received a sentence of 8 days confinement and one year probation, with an $1120.00 fine.

The preceding facts indicate probable cause to believe that CARRANZA-MARTINEZ has violated Title 8, United States Code, Section 1326(a)(2) & (b)(2) in that CARRANZA-MARTINEZ is a previously deported aggravated felon who re-entered the United States illegally without permission from the United States Attorney General.

_____
Malcolm C. McMillin
Special Agent, Immigration and Customs Enforcement


SWORN TO AND SUBSCRIBED before me on this, the 27th day of July 2007.

_____
The Honorable Linda R. Anderson
UNITED STATES MAGISTRATE JUDGE